Sheila Doyle Kelley (SBN 121423)
Paul S. Lecky (SBN 154480)
BECHERER, KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151
E-Mail:  skelley@bkscal.com

Attorneys Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| REGGIE and LISA ESPINOZA, Individually and On Behalf of All Others Similarly situated and the General Public,<br><br>*Plaintiff*s,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC. and MICHELIN NORTH AMERICA, INC.,<br><br>*Defendants.* | CASE NO. 2:08-CV-03073-GEB-KJM<br><br>**NISSAN NORTH AMERICA, INC.'S STIPULATED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
|---|---|

The plaintiffs in this action and Defendant Nissan North America, Inc. ("NNA"), pursuant to Local Rule 6-144 of the Eastern District of California, submit this Stipulated Application for Extension of Time to Respond to Plaintiffs' Complaint.  Plaintiffs have agreed, and NNA requests, that this Court grant NNA an extension of time to respond to Plaintiffs' Complaint until five days after either (1) this court rules on plaintiffs' motion to remand the case to the Superior Court or (2) any order to transfer this case to another Federal District Court in the event this court does not rule on the remand motion.

**Becherer Kannett & Schweitzer**
———
1255 Powell St.
Emeryville, CA 94608
510-658-3600

-1-

Respectfully submitted by Plaintiffs and Defendant Nissan North America, Inc.

Dated: January 22, 2009                    DEFENDANT NISSAN NORTH AMERICA, INC.

By:   /S/   SHEILA DOYLE KELLEY
Sheila Doyle Kelley
**BECHERER KANNETT & SCHWEITZER**
1255 Powell Street
Emeryville, CA  94608
Tel: 510-658-3600
Fax: 510-658-1151
E-mail: skelley@bkscal.com

Dated: January 22, 2009                    PLAINTIFFS REGGIE ESPINOZA, et al.

By:   /S/ MARK F. ANDERSON
Mark F. Anderson
**KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP**
445 Bush Street, 6th Fl.
San Francisco, Ca  94108
Tel: 415-861-2265
Fax: 415-861-3151
E-mail: mark@kabolaw.com

Of counsel for Nissan North America, Inc.:
Michael J. Philippi
Samera S. Ludwig
Kevin P. Shea
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, IL  60602
Tel: 312-977-4400
Fax: 312-977-4405
E-mail: ssludwig@uhlaw.com

**ORDER**

IT IS SO ORDERED.

Dated: 2/3/09.

HON. GARLAND E. BURRELL, JR.

**Becherer Kannett & Schweitzer**
_____
2200 Powell St.
Suite 805
Emeryville, CA 94608
510-658-3600

-2-

NISSAN NORTH AMERICA, INC.'S STIPULATED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT