A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Feb 18, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 30, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: MICHELIN NORTH AMERICA, INC.,
PAX SYSTEM MARKETING AND SALES
PRACTICES LITIGATION
    Reggie Espinoza, et al. v. Nissan North America, Inc., et al.,    )
        E.D. California, C.A. No. 2:08-3073    )    MDL No. 1911

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On February 15, 2008, the Panel transferred four civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1365 (J.P.M.L. 2008). Since that time, two additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Roger W. Titus.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Maryland and assigned to Judge Titus.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 15, 2008, and, with the consent of that court, assigned to the Honorable Roger W. Titus.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

**Feb 18, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION